Court of Appeals First District
301 Fannin Street
Houston, Tx. 77002-2066
January 9th, 2015

Galvin Dixon
#1812672 TDCJ
EASTHAM Unit
2665 Prison Rd. #1
Lovelady, Tx. 75851

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK

RE: Court of Appeals Number: 01-12-00905-CR
Trial Court Case Number: 1331100
Style: Galvin Dixon v. The State of Texas

Clerk of the Court
Christopher A. Prine...

I'm writing in regards of the said above case numbers. Asking if you could provide me with information on how to obtain my entire Trial Transcripts, the total cost of the transcripts, and I'm seeking information on if the Police Report and any Affidavit's are included with the Transcripts cost, or are those requested items have a cost of their own? My year clock has started and I'm asking if you can provide this information in a timely manner due to me working against the clock? It would be very much appreciated!

Thank you for your time,
Galvin J. Dixon #1812672
Galvin J. Dixon #1812672

c/c 1
2015

Mr. Calvin J. Dixon Sr.
#1812672 - TDCJ
EASTHAM UNIT
2665 Prison Rd. #1
Lovelady, Tx. 75851

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals
First District
Clerk of the Court
301 Fannin Street
Houston, Tx. 77002-2066

